UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN OCAMPO,<br><br>                           Plaintiff,<br><br>v.<br><br>SOUTH BAY SAND BLASTING AND TANK CLEANING, INC., et al.,<br><br>                          Defendants. | Case No.: 19-CV-2019-JAH-WVG<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION** |

On January 17, 2020, this Court convened an Early Neutral Evaluation Conference ("ENE") in this matter pursuant to its December 2, 2019 Order (Doc. No. 8). The Parties and their counsel personally appeared for the ENE as ordered. In the course of their discussions, the Parties agreed that an exchange of additional documents was in order prior to proceeding with settlement negotiations. Accordingly, the Court ORDERS as follows:

(1) **<u>No later than February 3, 2020</u>**, defense counsel shall (i) contact counsel for Defendants United States of America ("the Government") and National Steel and Shipbuilding Company ("NASSCO") regarding Defendants' position on the disclosure of the sealed settlement agreement and transcript of the September 18, 2019 settlement proceedings before Judge Houston in the related action (Civil

Case No. 15-CV-180-JAH-WVG) as well as the disclosure of any settlement and/or release agreements between the Government and NASSCO in the related action and (ii) inform this Court of Defendants' response by the same deadline;

(2) No later than February 3, 2020, defense counsel shall provide Plaintiff's counsel any certificates of insurance, particularly those implicating workers' compensation benefits, that controlled the time of the decedent's accident in this action; and

(3) Counsel for the Parties shall telephonically appear on **Friday, February 7, 2020 at 8:00 A.M.** for a status conference regarding further proceedings in this matter following the above exchange of documents and information and lodge their appearances and the telephone numbers at which they can be reached for purposes of the status conference **no later than Monday, February 3, 2020**.

In so ordering, the Court has reviewed the record for the related action and notes that, under Judge Houston's November 15, 2019 Order (Doc. No. 244), this Court holds jurisdiction over the entirety of all settlement proceedings, including settlement itself, in this matter. Should the Government and NASSCO counsel authorize the release of the related action's settlement agreement and transcript of settlement proceedings before Judge Houston, this Court shall have authority to approve the unsealing of those two documents for purposes of facilitating more productive settlement discussions in this matter. In turn, this Court holds the authority to resolve any and all disputes that may exist or arise regarding the unsealing and release of the settlement agreement and transcript of the settlement proceedings before Judge Houston in the related action.

**IT IS SO ORDERED.**

DATED: January 17, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge