# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN OCAMPO, as the personal representative of SALOMON RODRIGUEZ,<br><br>Plaintiff,<br>v.<br><br>SOUTH BAY SAND BLASTING AND TANK CLEANING, INC.; and AMERICAN LONGSHORE MUTUAL ASSOCIATION,<br><br>Defendants. | Case No.: 19-CV-02019 JAH-WVG<br><br><br><br>ORDER |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED that the above entitled action is dismissed with prejudice with each party to bear its own costs and attorney fees.

Date: April 30, 2020

_____

HON. JOHN A. HOUSTON
United States District Judge